IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MARK O'NEAL BRAZIER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO. 7:14-CV-58-HL-MSH |
| | : | 28 U.S.C. § 2241 |
| DEPARTMENT OF HOMELAND SECURITY, et al., | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

## ORDER

On April 22, 2014, Petitioner filed the current federal habeas corpus petition pursuant to 28 U.S.C. § 2241 and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.)  Upon review of Petitioner's motion and accompanying account summary, the Court finds that Petitioner is unable to pay the filing fee at this time.  Therefore, his motion to proceed *in forma pauperis* is GRANTED.

Therefore, a copy of the petition and a copy of this Order shall now be served on Respondent by the United States Marshal's Service.  Respondent shall file an answer, motion, or other responsive pleading within sixty (60) days of the date of this Order.  Petitioner is notified that a failure to keep the Court apprised of any change in his address may result in a dismissal for his failure to prosecute this action.

SO ORDERED, this 22nd day of April, 2014.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE