IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**MARK O'NEAL BRAZIER**,

    Petitioner,

v.

**DEPARTMENT OF HOMELAND SECURITY, et al.**,

    Respondents.

Civil Action No. 7:14-CV-58 (HL)

ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 13). Noting that Petitioner was released on bond on June 18, 2014, the Magistrate recommends that Petitioner's pending application for habeas relief pursuant to 28 U.S.C. § 2241 (Doc. 1) be dismissed as moot.

Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. The Court hereby grants Respondents' Motion to Dismiss (Doc. 10) and dismisses Petitioner's application for writ of habeas corpus without prejudice. The Court likewise dismisses Petitioner's pending Motion to Stay Deportation (Doc. 7), Motion for Release (Doc. 8), and Motion to Appoint Counsel (Doc. 9) as moot.

**SO ORDERED**, this the 12th day of August, 2014.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

aks